# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

James House
*Plaintiff*

v.

IDOC; & Wexford Health Source Inc
*Defendant(s)*

SCANNED at MENARD and E-mailed
10-20-22 by SS   1 pages
Date   initials   No.

Case Number: 3:22-cv-02316-DWD

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[✓] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| James House | James House | 10-07-22 |
| | | |
| | | |

Submitted By: James House     Dated: 10-20-22

Note: Corporations may execute this election only by counsel.



10-20-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: House, James

ID Number: R43611

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: N/A

   If yes, but you do not know the case number mark here: ___

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 3:22-cv-02316-DWD

   If yes, but you do not know the case number mark here: ___

4. Please list the total number of pages being transmitted:   1

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Magistrate Judge Consent/Non-Consent Form | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.