THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| JAMES HOUSE, #R43611, <br><br>    Plaintiff, <br><br> v. <br><br> ANTHONY WILLS, JOSHUA A. SCHOENBECK, ANTHONY B. JONES, COREY M. LAUER, DR. PERCY MEYERS, IDOC, <br><br>    Defendants. | Case No. 3:22-cv-02316-GCS <br><br> Judge Gilbert C. Sison |

**NOTICE AND CONSENT TO**
**PROCEED BEFORE A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* In accordance with 28 U.S.C. § 636(c), a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Seventh Circuit like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without substantive adverse consequences.

> Note: If this case is transferred on consent to a magistrate judge, major criminal cases will not interfere with its scheduling and progress. This means that it is likely this civil case will be resolved sooner and at less expense to the parties if a magistrate judge decides the case.

*Consent to a magistrate judge's authority.* The following parties consent to have a magistrate judge conduct all proceedings in this case including trial, entry of final judgment, and all post-trial proceedings.

| *Printed Name of Party* | *Signature of Party or Attorney* | Date |
|---|---|---|
| Dr. Percy Meyers | /s/ Nicholas J. Childress | 6/14/2023 |
| | | |
| | | |

Attorneys should electronically file this form under seal with the clerk of court only if consenting to the exercise of jurisdiction by a magistrate judge (use the event "Consent/Non-Consent to US Magistrate Judge located under "Other Filings, Other Documents."). Do not send this form to the judge. Unrepresented parties should submit the form to the clerk in paper format. Illinois Department of Corrections institutions participating in the electronic filing program should transmit the form electronically for e-filing by the clerk. Each party may file an executed form independently, or the parties may circulate one form to be signed by all and electronically filed when all signatures are obtained.

11460857

AO 85 (Rev. 01/09)
MODIFIED SDIL (7/2013)