# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

JAMES HOUSE

Plaintiff(s) HOUSE

vs.

Case Number: 3:22-CV-02316-GCS

DR. PERCY MEYERS

Defendant(s) Wills et al

## MOTION FOR RECRUITMENT OF COUNSEL

**NOTE: Failure to complete all items in this form may result in the denial of this motion.**

1.  I, James House ☑ , am the (check appropriate box)
    ☑ plaintiff ☐ defendant in this case. I am unable to afford the services of an attorney, and I ask the Court to recruit counsel to represent me in this case. I understand that the Court will attempt to recruit counsel to represent me only if certain criteria are met.

2.  I have tried to find an attorney to take my case by doing the following: **(Describe in detail everything you have done to try to get an attorney to take your case so the judge can determine whether you have made a reasonable effort to obtain representation and attach copies of any documents which show you have tried to find an attorney – use additional pages if necessary.)** I've Reached out pleading my Case, And Tryed Asking for them To TAke my Case Pro-Bono or for a Centain percentage if the Case was Ruled in my favor, But they All Claimed to have heavy case Loads,

    In spite of my efforts, I have been unable to find an attorney, because: I Can't afford one And the ones I Reached out to; wouldn't accept my Case Because of Heavy Case Loads or Because they wasn't willing To TAke the Case Pro-Bono.

3.  Check the appropriate box:
    ☑ I am not now, and previously have not been, represented by an attorney recruited or appointed by the Court in this or any other civil or criminal case before this Court.
    ☐ I am now, or previously have been, represented by an attorney recruited or appointed by the Court in the case(s) described on the next page.

4.   Check the appropriate box:

☐ I have attached to this motion an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

☑ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is a true and correct representation of my current financial status.

☐ I previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, but my financial status has changed. I have attached an Amended Application to Proceed *In Forma Pauperis* showing my current financial status.

5.   The highest level of education I have completed is (check appropriate box):

☐ Grade school only    ☑ Some high school    ☐ High school graduate
☐ Some college    ☐ College graduate    ☐ Post-graduate

6.   I believe that I am not able to represent myself, because

☐ English is not my primary language (**check only if applicable**); and/or

☐ I cannot speak, write, and/or read English very well because (**check only if applicable and explain**):

☑ Other (please explain): I'm Not Competent in Civil nor Criminal laws and Feel that I'm at a Disadvantage in Regards To THE Defendant in this matter!

7.   Finally, I state that I am taking the following medications (list all medications or attach a list on a separate sheet): 80 mg. PROZAC (ANti-Depressant)

8.   As indicated in paragraph three on the first page of this motion, an attorney has represented me in the following cases before this Court (attach additional pages, if necessary):

Assigned Judge: _____    Case Number: _____
Case Title: _____
Attorney Name: _____
If this case is still pending, please check box ☐

Assigned Judge: _____    Case Number: _____
Case Title: _____
Attorney Name: _____
If this case is still pending, please check box ☐

I declare under penalty of perjury that the foregoing is true and correct.

_James House_____    _5835 STATE Route 154_____
Movant's Signature    Street Address

_7-21-24_____    _Pinckneyville, IL 62274_____
Date    City, State, Zip

James Howe #R43611
5835 STATE Route 154
Pinckneyville, IL. 62274

IDOC INDIVIDUAL
IN CUSTODY MAIL
SAINT LOUIS MO 630
24 JUL 2024 PM 6 L

US POSTAGE PITNEY BOWES
ZIP 62274 $ 000.63⁰
02 4W
0000361001 SEP 14 2023

MAIL CLEARED
US MARSHALS

TO: Clerk's office
U.S. District Court
750 Missouri Ave.
East St. Louis, IL. 62201

- Legal Mail -

62201-295429



RECEIVED

JUL 26 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE